IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. GRANT,

    Petitioner,

    v.

JILL BROWN, Acting Warden of California State Prison at San Quentin, et al.,

    Respondents.

No. CIV S-90-0779 DFL JFM

**DEATH PENALTY CASE**

ORDER

    Petitioner requests a fourteen day extension of time to file a Response to Objections to the Magistrate Judge's Findings and Recommendations. Respondent has joined in this request.

    The request for an extension of time is GRANTED. Petitioner's response is due June 9, 2005, and respondent's response is due June 13, 2005. Each response shall not exceed twenty pages in length.

/////

1

1   IT IS SO ORDERED.

2  Dated: 5/27/2005

_____
DAVID F. LEVI
United States District Judge