IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. GRANT,

    Petitioner,

    v.

JILL BROWN, Acting Warden of California State Prison at San Quentin, et al.,

    Respondents.

No. CIV S-90-0779 DFL JFM

**DEATH PENALTY CASE**

ORDER

    Petitioner requests an additional 7 day extension of time to file a Response to Objections to the Magistrate Judge's Findings and Recommendations.  Respondent has agreed to such an extension as long as it is granted a 7 day extension as well.

    The request for an extension of time is GRANTED.  Petitioner's response is due June 16, 2005, and respondent's response is due June 20, 2005.  As previously ordered, each response shall not exceed twenty pages in length.

1

1      IT IS SO ORDERED.

2 Dated: 6/9/2005

_____
DAVID F. LEVI
United States District Judge