IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. GRANT,

    Petitioner,

    v.

JILL BROWN, Acting Warden of California State Prison at San Quentin, et al.,

    Respondents.

No. CIV S-90-0779 DFL JFM

**DEATH PENALTY CASE**

ORDER

    Petitioner, a state prisoner, has timely filed a notice of appeal of this court's January 12, 2006 partial denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C.

1

§ 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).

Petitioner has made a substantial showing of the denial of a constitutional right as to the following issues presented in the petition:

1.  Claims 2A/2B/2C concerning competency of petitioner;

2.  Claim 38K concerning whether the San Bernadino murder should have been counted as a special circumstance because it occurred after the Shasta County murders.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action as to the above claims.

IT IS SO ORDERED.

Dated: 3/17/2006

_____
DAVID F. LEVI
United States District Judge

2