IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. GRANT,

    Petitioner,

    v.

JILL BROWN, Acting Warden of California State Prison at San Quentin, et al.,

    Respondents.

No. CIV S-90-0779 DFL JFM

**DEATH PENALTY CASE**

ORDER

    On January 12, 2006, the court issued an order granting petitioner's writ as to the penalty phase on the basis of petitioner's claims 4N1 and 4P. The order stated the following:

> "Petitioner's sentence of death shall be vacated and a lesser sentence imposed that is consistent with state law, unless the state commences a new penalty trial within ninety days of the filed date of this order."

(1/12/2006 Order at 10.) Respondent has requested clarification of this language.

    The purpose of this language is not to divest the state

1

1  court of jurisdiction to set its own trial schedule, but to
2  require respondent, within ninety days, to reach a decision as to
3  whether to seek the death penalty and, if so, to notify the
4  appropriate state court that it intends to re-initiate those
5  proceedings.  However, the language is not intended to require
6  the beginning of a new penalty phase trial within any set time
7  frame.  The timing of the trial is within the province of the
8  state court.
9       IT IS SO ORDERED.
10 Dated: 4/6/2006

*[signature]*

DAVID F. LEVI
United States District Judge