IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD E. GRANT,** | CIV S-90-0779 DFL JFM |
| Petitioner, | **ORDER** |
| v. | |
| **Eddie Ylst, Acting Warden,** | |
| Respondents. | |

1. The Court's order dated April 6, 2006, is stayed pending the resolution of the Ninth Circuit appeal in case # 06-99003.

2. Respondent is directed to notify this Court within 30 days of the final disposition of the aforementioned appeal.

Dated: 9/14/2006

_____
DAVID F. LEVI
United States District Judge

[Proposed] Order

1