IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. GRANT,

    Plaintiff,

  v.

EDDIE YLST, Acting Warden,

    Defendant.
_____/

No. Civ. S-90-0779-DFL

O R D E R

The court denies petitioner's motion for reconsideration of the stay order entered September 15, 2006. To require the State to re-try the penalty phase while the petitioner's appeal of the guilt phase is pending before the Ninth Circuit could impose very significant burdens on all participants, including witnesses, jurors, and victim family members, that could be for nought were the appellate court to vacate the conviction. Indeed, there is the possibility that the entire matter would be retried were the conviction set aside. The petitioner's interest in a speedy trial of this 1981 conviction is outweighed by the burdens that

1

would be imposed by ordering the penalty phase trial to proceed while an appeal of the conviction is still pending.

IT IS SO ORDERED.

Dated: 10/11/2006

_____
DAVID F. LEVI
United States District Judge