IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. GRANT,

    Petitioner,                             No. 2:90-cv-0779 DFL JFM

    vs.

ROBERT AYERS, JR., Warden,
San Quentin State Prison,

    Respondent.                  <u>ORDER</u>

_____/

        On November 17, 2008, petitioner filed a letter addressed to Judge Levi. Petitioner is represented by counsel and all filings must be made through counsel. Petitioner's November 17, 2008 filing will be placed in the court file and disregarded.

        On March 22, 2007 Saor E. Stetler moved to withdraw as co-counsel for petitioner. This motion will be granted.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Counsel's March 22, 2007 motion to withdraw as attorney (#670) is granted; Saor E. Stetler is relieved as co-counsel.

/////

/////

/////

1

1        2. The Clerk of the Court is directed to remove Mr. Stetler from the service list
2  and CM/ECF notices (sstetler@e arthlink.net) in this matter.
3  DATED: February 19, 2009.

                                             UNITED STATES MAGISTRATE JUDGE

7  /gran0779.wd

2